1 | Joseph R. Manning, Jr., Esq.  (State Bar No. 223381)
2 | Michael J. Manning, Esq. (State Bar No. 286879)
   | Craig G. Cote. Esq. (State Bar No. 132889)
3 | ADAPracticeGroup@manninglawoffice.com
   | **MANNING LAW, APC**
4 | 4667 MacArthur Blvd., Suite 150
   | Newport Beach, CA 92660
5 | Tel: 949.200.8755
   | Fax: 866.843.8308

6 | *Attorneys for Plaintiff*
7 | DONNA DUGO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA DUGO, an individual,<br>Plaintiff,<br><br>v.<br><br>U.S. BANCORP, INC, a Delaware corporation, dba U.S. Bank; GERALD K. ROTH, individually and as Trustee of the Geraldine Kraemer Roth Trust Dated September 30, 1991; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:17-cv-01507-CJC-DFM<br><br>Hon. Cormac J. Carney<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: August 31, 2017<br>Trial Date: None |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

1
2   **TO THE COURT AND ALL PARTIES:**
3       Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,
4   Plaintiff Donna Dugo ("Plaintiff") requests that this Court enter a dismissal with
5   prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each
6   party shall bear his or its own costs and attorneys' expenses.
7
8                                           Respectfully submitted,
9
10  DATED : Novemvber 6, 2017     **MANNING LAW, APC**
11
                                  By: /s/ *Joseph R. Manning, Jr.*
12                                    Joseph R. Manning, Jr.
                                      Attorney for Plaintiff
13                                    DONNA DUGO
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
NOTICE OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

## CERTIFICATE OF SERVICE

I certify that on November 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: November 6, 2017                     **MANNING LAW, APC**

By:   */s/ Jospeh R. Manning, Jr., Esq.*
      Joseph R. Manning, Jr., Esq.
      Attorney for Plaintiff,
      DONNA DUGO